# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2021

Bridget M. McCormack,
Chief Justice

161889

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

STATE TREASURER,
       Plaintiff-Appellee,

v

       SC: 161889
       COA: 352130
       Chippewa CC: 18-015292-CZ

ROBERT L. HENNING,
       Defendant-Appellant,

and

AMERIPRISE FINANCIAL SERVICES, INC.
and DAWN GIBBONS, Power of Attorney,
       Defendants.

_____/

      On order of the Court, the application for leave to appeal the July 23, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2021



a0324

Clerk